**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **REGAL CINEMAS, INC.,** | ) | **CASE NO. 1:05CV1646** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Judge John M. Manos** |
| **AVG MEDINA, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | **MEMORANDUM OF OPINION** |

Pursuant to the memorandum of opinion filed in this case on this date, Plaintiff's motion for summary judgment (Docket No. 14) is **DENIED**; and Defendant's motion for summary judgment (Docket No. 19) is **GRANTED**.  Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: October 28, 2005**         */s/ John M. Manos*
                                    **UNITED STATES DISTRICT JUDGE**